UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-85 (DSD/FLN)

Bobby Odus,

Petitioner,

v.

**ORDER**

John Ashcroft, Attorney General, and Mary Ann Wyrsch, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

This matter is before the court on petitioner's letter request that the court vacate its order transferring this matter to the District Court for the Western District of Louisiana. The court construes petitioner's letter as a motion for reconsideration. Based on review of the file, record and proceedings herein, the court concludes that compelling circumstances do not exist to reconsider the order of transfer. Accordingly, **IT IS HEREBY ORDERED** that petitioner's request for reconsideration is denied.

Dated: May 7, 2001

David S. Doty, Judge
United States District Court

FILED 5-9-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______